IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
GREENVILLE DIVISION

MARY A. BROWN                                                      PLAINTIFF

VS.                                       CIVIL ACTION NO.: 4:14-cv-135-SA-JMV

ISLE OF CAPRI CASINO                                      DEFENDANT

**ORDER GRANTING MOTION TO AMEND THE COMPLAINT**

This matter is before the court on Plaintiffs' Motion to Amend the Complaint [18]. Upon defense counsel's representation that they do not oppose the motion, the court finds the motion is well taken and should be granted.

This order only addresses the Motion to Amend the Complaint and not the pending Motion to Dismiss [3]. However, in light of this ruling, the pending motion to dismiss is moot and will be terminated on the docket without prejudice. The defendant may re-urge the motion as relates to the amended complaint after it has been filed.

**IT IS, THEREFORE, ORDERED** that the motion to amend the complaint is **GRANTED**. Although the amended complaint was attached to the motion, it will need to be filed separately within two days of entry of this order.

**SO ORDERED**, this the 15th day of January, 2015.

/s/ Jane M. Virden
**UNITED STATES MAGISTRATE JUDGE**